■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SNIPES, Appellant. [900 NYS2d 234]—Appeal from judgment of resentence, Supreme Court, New York County (Rena K. Uviller, J.), rendered November 28, 2008, as amended December 2, 2008, resentencing defendant to a term of 10 years, with five years' postrelease supervision, unanimously dismissed as moot, in that Supreme Court has granted defendant's motion to set aside the resentence. Concur—Tom, J.P., Sweeny, Moskowitz, DeGrasse and Manzanet-Daniels, JJ.

Motion to dismiss appeal as moot granted.